**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsd.uscourts.gov

**CASE NO.: 19-cv-80014-DMM**

In re:

**ELDERLIFE FINANCIAL SERVICES, LLC.**
    Appellant

v.

**VIRGINIA LEE DALLVECHIA**,

    Appellee.
_____**/**

On appeal from

BANKRUPTCY CASE
NO.   17-10323-MAM

**AGREED VOLUNTARY DISMISSAL OF APPEAL
WITHOUT PREJUDICE**

Appellant, Elderlife Financial Services, LLC ("Appellant" or "Elderlife") and Appellee, Virginia Lee Dallvechia ("Appellee" or "Debtor") by and through their undersigned counsel, and pursuant to Federal Rules of Bankruptcy Procedure 8023, hereby give notice to the Court that the instant appeal is dismissed - without prejudice, each party to bear their own costs and fees.

**WHEREFORE**, Appellant and Appellee respectfully request that the Court dismiss this appeal without prejudice and for such other and further rights as the Court deems to be just and equitable.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date a true and correct copy of the foregoing was filed electronically and served via CM/ECF on all parties entitled to electronic notice and via email upon counsel for Debtor Stuart A. Young at syoung@ybplaw.com

DATED: January 15, 2019

                        Respectfully submitted;

                        /s/ David R. Softness
                        David R. Softness, Esq.
                        FBN: 513229
                        **DAVID R. SOFTNESS P.A.**
                        201 South Biscayne Boulevard
                        Suite 2740
                        Miami, FL 33131
                        Tel:   305-341-3111
                        Email: david@softnesslaw.com

                        *Counsel for Elderlife*